UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. ORTIZ, <br>    Petitioner, <br>  v. <br> K. HARRINGTON, Warden, <br>    Respondent. | No. CV 11-420-JAK (AGR) <br><br> JUDGMENT |

 Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 6, 2013

                JOHN A. KRONSTADT
                United States District Judge